IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARROLL JOHNSON,
ADC #138237                                                                                          PLAINTIFF

v.                                            4:09CV00075JMM/HLJ

DIDI H. SALLINGS, et al.                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim. The relief sought is denied.

The Court hereby certifies that an in forma pauperis appeal taken from this Judgment and the accompanying Memorandum and Order is considered frivolous and not in good faith.

IT IS SO ORDERED this 4th day of March, 2009.

_____
United States District Judge